IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAMI ADAMS,

    Plaintiff,

vs.                                    Case No.:1:10-CV-67-SPM/GRJ

CAVALRY PORTFOLIO SERVICES LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Parties' Joint Stipulation of Dismissal (doc. 33) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen this matter for good cause shown.

DONE and ORDERED this seventh day of December, 2010.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            Chief United States District Judge